IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | 8:09CR291 | |
| ) | | |
| v. ) | | |
| ) | | |
| JOHN R. BRIASCO, ) | ORDER | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

This matter is before the Court on defendant's motion for return of seized monies held by the United States Department of Justice (Filing No. 105). The Court finds plaintiff should respond to said motion. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's motion on or before November 18, 2011.

DATED this 2nd day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court