IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR291 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. BRIASCO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reconsideration in regard to prior motion for return of monies (Filing No. 109). Plaintiff previously filed a response (Filing No. 107) to defendant's original motion (Filing No. 105) for return of monies, stating the $1,025.00 in United States currency has been returned to defendant. Defendant's latest motion reiterates he has not received the money. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's motion for reconsideration concerning the return of seized monies on or before February 3, 2012.

DATED this 25th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court