IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR291 |
| v. | ) | |
| JOHN R. BRIASCO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reconsideration in regard to prior motion for return of monies (Filing No. 109). Plaintiff has filed a response to the motion (Filing No. 111), together with an index of evidence (Filing No. 112) indicating the monies have been returned to defendant. Accordingly,

IT IS ORDERED that defendant's motion for reconsideration is denied as moot.

DATED this 30th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court